No. 85–6864.   BURKE *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–6867.   CRAWFORD ET AL. *v.* METROPOLITAN IMPEX, INC.   C. A. 2d Cir.   Certiorari denied.

No. 85–6875.   JACKSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–6876.   LITTLEHALES *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 85–6885.   STEELE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 85–6887.   CRUZ *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–900.   NEW ENGLAND TELEPHONE & TELEGRAPH CO. *v.* PUBLIC UTILITIES COMMISSION OF MAINE ET AL.   C. A. 1st Cir.   Certiorari denied.   JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 85–1544.   BURLINGTON NORTHERN INC. *v.* ANDERSON. Sup. Ct. Mont.   Motion of Association of American Railroads et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 85–1629.   INTERNATIONAL MOLDERS & ALLIED WORKERS UNION, AFL–CIO, ET AL. *v.* HOWARD ET AL.   C. A. 11th Cir. Certiorari denied.   JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.